CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 29 2011

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT LEE JONES, | ) |
| Plaintiff, | ) Case No. 7:11CV00126 |
| v. | ) FINAL ORDER |
| SOUTH WEST VIRGINIA REGIONAL JAIL, | ) By: Glen E. Conrad<br>) Chief United States District Judge |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1367(c), and this action is stricken from the active docket of the court.

ENTER: This 28th day of March, 2011.

_____
Chief United States District Judge